## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAZ DOMINGO GONZALEZ ARREAGA, | ) ) ) | |
| Petitioner, | ) ) ) | No. 2:25-cv-03167-TLP-cgc |
| v. | ) ) | |
| TRINITY MINTER, Warden of the West Tennessee Detention Facility; SCOTT LADWIG, Acting Field Office Director of the New Orleans Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official Capacity as U.S. Attorney General; and DARREN MARGOLIN, Director for Executive Office for Immigration Review, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE
## AND DIRECTING CLERK TO MODIFY DOCKET

Petitioner Douglaz Domingo Gonzalez Arreaga, a noncitizen detained in the West

Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under

28 U.S.C. § 2241.  (ECF No. 1.)

The proper respondent to the § 2241 Petition is the United States Immigration and

Customs Enforcement ("ICE") District Director for the district in which the noncitizen is being

detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  And so the proper

Respondent in this case is Mellissa B. Harper, the New Orleans Field Office Director for ICE

Enforcement and Removal Operations.[1]  The Clerk is respectfully **DIRECTED** to terminate

Scott Ladwig as Respondent and add Mellissa B. Harper as Respondent.  The remaining

Respondents should be retained.

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and

this Order on Respondents Minter, Harper, Lyons, Noem, and Margolin by certified mail and

provide a copy of the § 2241 Petition and this Order to the United States Attorney for the

Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the

Western District of Tennessee electronically at the following email address:

stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send

copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela

Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court

**ORDERS** Respondents not to remove Petitioner from the Western District of Tennessee while

the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondents to show

cause in writing on or before close of business on January 12, 2026, why the § 2241 Petition

should not be granted.  *See* 28 U.S.C. § 2243.  Respondents shall include in the return a thorough

discussion of all facts and law relevant to the § 2241 Petition.

---

[1] *See* ICE Relocates New Orleans Field Office Headquarters to St. Rose, Louisiana, U.S.
Immigrations and Customs Enforcement, https://perma.cc/FF95-9K6P.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on

Monday, January 19, 2026.  If Petitioner asserts that there are issues of fact necessary to be

addressed at a hearing, Petitioner shall inform Respondents of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 5th day of January, 2026.

       s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE