IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DOUGLAZ DOMINGO GONZALEZ ARREAGA, <br><br> Petitioner, <br><br> v. <br><br> TRINITY MINTER, Warden of the West Tennessee Detention Facility, in her official capacity, et al., <br><br> Respondents. | No. 2:25-cv-03167-TLP-cgc |

### ORDER DIRECTING PETITIONER TO SHOW CAUSE

Petitioner Douglaz Domingo Gonzalez Arreaga, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) In the Order that followed, the Court ordered "Respondents to show cause in writing on or before close of business on January 12, 2026, why the § 2241 Petition should not be granted." (ECF No. 6.) And it ordered "Petitioner to file a reply on or before the close of business on Monday, January 19, 2026." (*Id.*) But Petitioner failed to reply.

The Court therefore **ORDERS** Petitioner to show cause in writing within 5 days from entry of this order as to why the Court should not dismiss this Petition for failure to prosecute. Failure to abide by this Order may result in the Court dismissing this Petition.

**SO ORDERED**, this 28th day of January, 2026.

s/Thomas L. Parker<br>
THOMAS L. PARKER<br>
UNITED STATES DISTRICT JUDGE